## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| **Mack Industries, Ltd., et al.,** | ) | Chapter 7 |
| | ) | |
| Debtors, | ) | Bankruptcy No. 17-09308 |
| | ) | (Jointly Administered) |
| _____ | ) | |
| **Ronald R. Peterson, as chapter** | ) | Honorable Carol A. Doyle |
| **7 trustee for Mack Industries, Ltd. and** | ) | |
| **and Ronald R. Peterson, as chapter 7** | ) | |
| **trustee for Oak Park Avenue** | ) | |
| **Realty, Ltd.,** | ) | |
| | ) | Adversary No. 19-00433 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Jan McLean, Gordon McLean and, | ) | |
| Gorjan 2, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### NOTICE OF MOTION

**Please take notice** that on **Wednesday June 19, 2019** at **10:00 a.m.**, or as soon thereafter as counsel may be heard, the undersigned attorney shall appear before the Honorable Carol A. Doyle, United States Bankruptcy Judge for the Northern District of Illinois, in Courtroom 742 of the Everett McKinley Dirksen United States Courthouse located at 219 South Dearborn Street in Chicago, Illinois, and then and there shall present the attached Motion to Dismiss, a copy of which is attached hereto and herewith served upon you.

Dated: June 10, 2019

                                                                            */s/ Sean B. Dore*

Richard A. Duffin
Sean B. Dore
Duffin & Dore, LLC
1900 Ravinia Place
Orland Park, IL 60462
Tel: 312-566-0911
Fax: 312-566-0913

sean@duffindorelaw.com

# CERTIFICATE OF SERVICE

I, Sean Dore, an attorney, hereby certify that on June 10, 2019, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Def.R.Civ.P. 5(a), I caused a copy of the foregoing Notice of Motion and the accompanying Motion to Dismiss to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the below Service List.

/s/ Sean B. Dore

## SERVICE LIST

Registrants in the Case
(Service via ECF)

| | |
|---|---|
| Matthew C Abad | bknotice@klueverplatt.com |
| Angela M Allen | aallen@jenner.com |
| Thomas V Askounis | taskounis@askounisdarcy.com, akapai@askounisdarcy.com |
| David Avraham | david.avraham@dlapiper.com, tara.nair@dlapiper.com |
| Mark W. Bina | mark.bina@quarles.com |
| Randall S Borek | rborek@brotschulpotts.com |
| Jeffrey S. Burns | jeff@markleinlaw.com |
| Kristopher A Capadona | kac@capadonalaw.com |
| Kurt M. Carlson | kcarlson@carlsondash.com, knoonan@carlsondash.com bmurzanski@carlsondash.com |
| Shelly A. DeRousse | sderousse@freeborn.com, bkdocketing@freeborn.com ; jhazdra@ecf.inforuptcy.com |
| John V Delgaudio | lawyerjohnd@icloud.com, lawyerjvd@gmail.com |
| Bruce C. Dopke | bdopke@stahlcowen.com, bruce@dopkelaw.com |
| David R Doyle | ddoyle@foxrothschild.com, kjanecki@foxrothschild.com |
| Thomas W Drexler | td@drexlaw.com, drexler321@aol.com |
| Michael M. Eidelman | meidelman@vedderprice.com ecfdocket@vedderprice.com |
| Robert M Fishman | rfishman@foxrothschild.com, kjanecki@foxrothschild.com |
| Brandon R Freud | brfreud@rwrlaw.com |
| Edward P. Freud | epfreud@rfbnlaw.com |
| Jeffrey L. Gansberg | jgansberg@muchshelist.com, nsulak@muchshelist.com |
| Frances Gecker | fgecker@fgllp.com, csmith@fgllp.com |
| Natalia Rzepka Griesbach | ngriesbach@lowis-gellen.com, abockman@lowis-gellen.com dwoolf@lowisgellen.com |
| William S Hackney | whackney@salawus.com jadams@salawus.com mcockream@salawus.com dkreide@salawus.com |
| Ariane Holtschlag | aholtschlag@wfactorlaw.com  bharlow@wfactorlaw.com gsullivan@ecf.inforuptcy.com, holtschlagar43923@notify.best case.com |

| | |
|---|---|
| Brian J Jackiw | brianj@goldmclaw.com |
| Scott E Jensen | sjensen@mjwchicago.com |
| Patrick Joy | pjoy@spklaw.com |
| Jeremy C Kleinman | jkleinman@fgllp.com, mmatlock@fgllp.com, csmith@fgllp.com, csucic@fgllp.com |
| Jonathan R Koyn | jkoyn@hotmail.com |
| Micah R Krohn | mkrohn@fgllp.com, csmith@fgllp.com, mmatlock@fgllp.com csucic@fgllp.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| David P Lloyd | courtdocs@davidlloydlaw.com |
| Harold E. McKee | hmckee@SRCattorneys.com |
| Jeffrey M Monberg | jeffrey.monberg@quarles.com jenny.fik@quarles.com |
| James E. Morgan | jem@h2law.com, smckinney@howardandhoward.com |
| Scott B Mueller | scott.mueller@stinson.com, diane.hoeken@stinson.com |
| Lauren Newman | lnewman@thompsoncoburn.com, chicagodocketing@thompsoncoburn.com, aversis@thompsoncoburn.com, bray@thompsoncoburn.com, cvasquez@thompsoncoburn.com |
| Thanhan Nguyen | an.nguyen@kirkland.com |
| Jeffrey K. Paulsen | jpaulsen@wfactorlaw.com, bharlow@wfactorlaw.com jpaulsen@ecf.inforuptcy.com |
| Ronald Peterson | rpeterson@jenner.com, lraiford@jenner.com, PJacobs@jenner.com |
| Ronald R Peterson | rpeterson@jenner.com |
| John R Potts | ryan@brotschulpotts.com, solesch@brotschulpotts.com |
| Landon S Raiford | lraiford@jenner.com, mmatlock@jenner.com, JSteffen@jenner.com |
| Joel A Schechter | joelschechter@covad.net, joelschechter1953@gmail.com |
| Donald H Segel | dsegel@sandslegal.com, notices@nextchapterbk.com |
| Brian L Shaw | bshaw@foxrothschild.com, cknez@foxrothschild.com |
| Jennifer Simutis | jennifersimutis@earthlink.net |
| Jean Soh | jsoh@polsinelli.com, chicagodocketing@polsinelli.com |
| Konstantine T. Sparagis | gsparagi@yahoo.com, Gus@konstantinelaw.com, Morgan@konstantinelaw.com; Drew@konstantinelaw.com |
| Hannah Margaret Stowe | hstowe@vedderprice.com bchizewski@vedderprice.com, ecfdocket@vedderprice.com; barbchizewski1792@ecf.pacerpro.com |
| Jerry L Switzer | jswitzer@polsinelli.com, chicagodocketing@polsinelli.com |
| Martin D. Tasch | mtasch@momkus.com, cbednarski@momkus.com |
| William A. Williams | wwilliams@jenner.com |
| Stephen G Wolfe | steve.g.wolfe@usdoj.gov, jennifer.r.toth@usdoj.gov |
| Charles R Woolley | rwoolley@askounisdarcy.com, okappers@askounisdarcy.com |
| Eric G Zelazny | Eric@lwslaw.com, zelaznyer79970@notify.bestcase.com |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| **Mack Industries, Ltd., et al.,** | ) | Chapter 7 |
| | ) | |
| Debtors, | ) | Bankruptcy No. 17-09308 |
| | ) | (Jointly Administered) |
| _____ | ) | |
| **Ronald R. Peterson, as chapter** | ) | Honorable Carol A. Doyle |
| **7 trustee for Mack Industries, Ltd. and** | ) | |
| **and Ronald R. Peterson, as chapter 7** | ) | |
| **trustee for Oak Park Avenue** | ) | |
| **Realty, Ltd.,** | ) | |
| | ) | Adversary No. 19-00433 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Jan McLean, Gordon McLean and, | ) | |
| Gorjan 2, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### DEFENDANTS' MOTION TO DISMISS

Defendants, Jan McLean, Gordon McLean and Gorjan 2, LLC ("McLean" or "Defendant") moves to dismiss the Trustee's complaint for failure to state a claim upon which relief may be granted. Fed. R. Civ. P. 12(b)(6) (as incorporated by Fed. R. Bankr. P. 7012).

As stated more fully in Defendants' brief in support, the Trustee's threadbare complaint fails to state *any* "grounds upon which relief may be granted" for his avoidance actions. Fed. R. Civ. P. 8(a)(2) (as incorporated by Fed. R. Bankr. P. 7008). The Trustee's complaint consists of a little more than a restatement of the statutory elements for a preference action under 11 U.S.C. § 547 and a fraudulent-transfer actions under state and federal law. This anemic complaint should be dismissed for failure to state a claim upon which relief may be granted.

In addition, the Trustee should not be allowed to replead certain counts because it would be futile. The Trustee has failed to and is unable to allege the Debtor transferred any property of the Debtor's estate. The Trustee has failed to adequately plead the Defendant is a creditor and as a result the Trustee cannot bring a state-law fraudulent-transfer action against Defendants using 11 U.S.C. § 544(b) as section 544(b) requires the Trustee to identify an actual creditor who could bring such an action under applicable nonbankruptcy law.

The Trustee should not be allowed to replead any constructive fraudulent transfer. Every payment made to the Defendants relieved the Debtor of an equal obligation to its clients. Thus, the Trustee will be unable to prove a lack of reasonably equivalent value.

The Trustee has failed to adequately plead constructive and/or actual fraudulent transfers under Federal and/or Illinois State Law.

Defendants request specifically that the Trustee's complaint be dismissed, without leave to replead any state-law cause of action or a constructive fraudulent transfer.

In support of their motion, Defendants have filed a brief as well as a proposed order.

Dated: June 10, 2019

By: */s/ Sean B. Dore*
One of their attorneys

Richard A. Duffin
Sean B. Dore (ARDC# 6305327)
Duffin & Dore, LLC
1900 Ravinia Place
Orland Park, IL 60462
Tel: 312-566-0911
Fax: 312-566-0913
sean@duffindorelaw.com